UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY SCOTT COSSU

Defendant.

Case No. 2:23-mj-00058-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY SCOTT COSSU  Case No. 2:23-mj-00058-CKD  Charges 18 USC § 1956(h) from custody for the following reasons:

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| X | Unsecured Appearance Bond $ 1,000.00 co-signed by defendant's mother, Debbie Cossu and wife, Sara B. Goelzer. |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| _____ | (Other): _ |

Issued at Sacramento, California on April 7, 2023, at 2:00 PM

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE